THE KNIGHTS OF PYTHIAS OF N. A. S. A. E.. A. AND A.,
A CORPORATION, *Plaintiffs in Error,* v. SAM MORGAN,
*an* INFANT, BY D. L. THRASHER, HIS GUARDIAN AND
NEXT FRIEND, *Defendant in Error.*

Opinion Filed January 23, 1919.

Where an action is brought in the name of a minor by his guard-
ian and next friend and the judgment is entered in favor of
the minor without mentioning the guardian and next friend
and no errors appearing in the proceedings except as stated,
the judgment will be reversed for the entry of a proper
judgment.

A Writ of Error to the Circuit Court for Seminole
County; J. W. Perkins, Judge.

Judgment reversed.

*Tom B. Stewart* and *S. D. McGill,* for Plaintiffs in
Error;

*George G. Herring,* for Defendant in Error.

PER CURIAM.—The action herein was brought by Sam-
uel Morgan by D. L. Thrasher, his guardian and next
friend. Verdict was rendered "for the plaintiff on the is-
sues joined." The following judgment was entered on
the verdict:

"Wherefore, it is ordered and considered by the Court
that the plaintiff, Sam Morgan, do have and recover of
and from the defendant, Knights of Pythias of N. A.,
S. A., E., A., A., and A., a corporation, his said dam-
ages in the sum of $456.89."

On writ of error no material or harmful errors or procedure appear, except that the judgment does not conform to the pleadings in that the action is in the name of Samuel Morgan by his guardian and next friend, while the judgment is in favor of Sam Morgan. For this erroneous entry of a judgment a new trial will not be granted, but the judgment is reversed and the cause remanded for a proper judgment to be entered herein. See Hunter v. State, 64 Fla. 315, 60 South. Rep. 786; Taylor v. State, 67 Fla. 127, 64 South. Rep. 454; Webster v. State, 47 Fla. 108, 36 South. Rep. 584.

Reversed for a proper judgment.

All concur.